Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 694055
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10361 | 999-0 | BYRON DEWAYNE JACQUETTE<br>Original Check written to:<br>BYRON DEWAYNE JACQUETTE<br>5750 ROAD RUNNER LANE<br>BEAUMONT, TX  77708 | | 0.00 | 6.00 | 0.00 | 6.00 |
| 04-11213 | 004-0 | JOSEPH J MACKTAL JR<br>Original Check written to:<br>RISK MANAGEMENT<br>ALTERNATIVES<br>1829 REISTERSTOWN RD<br>BALTIMORE, MD  21208 | xxxxxxxxxxxxxxxxxxxxxICAL | 100.47 | 21.99 | 0.00 | 21.99 |
| 04-90678 | 014-0 | BRYAN EDWARD DILLARD<br>Original Check written to:<br>CINGULAR WIRELESS BANKO<br>P O BOX 309<br>PORTLAND, OR  97207-0309 | xxxxxxxx6273 | 1,335.59 | 92.00 | 0.00 | 92.00 |
| 04-90678 | 019-0 | BRYAN EDWARD DILLARD<br>Original Check written to:<br>CINGULAR WIRELESS BANKO<br>P O BOX 309<br>PORTLAND, OR  97207-0309 | xxxxxxxx0660 | 771.11 | 53.11 | 0.00 | 53.11 |
| 07-90140 | 014-0 | ROJELIO E. SOLIS<br>Original Check written to:<br>SAXON MORTGAGE SERVICES INC<br>4708 MERCANTILE DRIVE NORTH<br>FORT WORTH, TX  76137 | 9542 | 3,499.17 | 2,314.26 | 344.96 | 2,659.22 |
| 08-90288 | 009-0 | KERROY MARC THOMAS<br>Original Check written to:<br>LUFKIN FEDERAL CREDIT UNION<br>PO BOX 1723<br>LUFKIN, TX  75902- | 0024 | 13,769.00 | 0.00 | 71.34 | 71.34 |
| 08-90288 | 010-0 | KERROY MARC THOMAS<br>Original Check written to:<br>LUFKIN FEDERAL CREDIT UNION<br>PO BOX 1723<br>LUFKIN, TX  75902- | 0025 | 6,450.00 | 0.00 | 33.41 | 33.41 |